## JOHN J. WEISS *v.* PAMELA J. WEISS
### (15259)

Foti, Lavery and Spear, Js.

*Submitted on briefs October 28—officially released November 12, 1996*

Per Curiam. The judgment is affirmed.

## STACEY FLOTO ET AL. *v.* ALBERT LEBRUN
### (15345)

Foti, Lavery and Spear, Js.

*Submitted on briefs October 28—officially released November 12, 1996*

Per Curiam. The judgment is affirmed.

## JEFFREY D. FISI ET AL. *v.* HOLLY B. CYR ET AL.
### (14913)

Dupont, C. J., and Heiman and Hennessy, Js.

*Submitted on briefs October 28—officially released November 12, 1996*

Per Curiam. The judgment is affirmed.

## EDMUND L. PANTANI, TRUSTEE *v.*
## JOSEPH G. BEECHER
### (15706)

Dupont, C. J., and Heiman and Hennessy, Js.

*Submitted on briefs October 28—officially released November 12, 1996*

Per Curiam. The judgment is affirmed.